UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN FLORES, aka JULIAN FLORES SANCHEZ,<br><br>                               Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                               Defendant. | No. 2:21-CV-00006-RSL<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT |

Plaintiff Julian Flores aka Julian Flores Sanchez ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that Wells Fargo may have until March 5, 2021, to answer or otherwise respond to Plaintiff's complaint. The Court has not yet issued a scheduling order, so no other case deadlines will be affected.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED January 22, 2021.

| | |
|---|---|
| BARRAZA LAW, PLLC | K&L Gates LLP |
| By /s/ V. Omar Barraza<br>   V. Omar Barraza, WSBA # 43589 | By /s/ Peter A. Talevich<br>   /s/ Raina V. Wagner<br>   Peter A. Talevich, WSBA # 42644<br>   Raina V. Wagner, WSBA # 45701 |
| BARRAZA LAW, PLLC<br>10728 16th Avenue SW<br>Seattle, WA  98146 | K&L Gates, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104 |

STIPULATION RE DEADLINE FOR WELLS
FARGO BANK, N.A. TO RESPOND TO
COMPLAINT  - 1

n/a

(206) 933-7861

(206) 623-7580
peter.talevich@klgates.com
raina.wagner@klgates.com

Attorneys for Plaintiff Julian Flores
aka Julian Flores Sanchez

Attorneys for Defendant Wells Fargo
Bank, N.A.

HENRY & DEGRAAFF PS

By /s/ Christina L. Henry
     Christina L. Henry, WSBA # 31273

HENRY & DEGRAAFF, PS
787 Maynard Avenue South
Seattle, WA  98104
(206) 330-0595
chenry@hdm-legal.com

Attorney for Plaintiff Julian Flores
aka Julian Flores Sanchez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 25th day of January, 2021.

*[signature]*
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION RE DEADLINE FOR WELLS
FARGO BANK, N.A. TO RESPOND TO
COMPLAINT  - 2

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022