UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN FLORES, aka JULIAN FLORES SANCHEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　　　　　　　Defendant. | No. 2:21-CV-00006-RSL<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT |

Plaintiff Julian Flores aka Julian Flores Sanchez ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that Wells Fargo may have until March 12, 2021, to answer or otherwise respond to Plaintiff's complaint. Wells Fargo first sought, and Plaintiff granted, an extension from February 3, 2021, until March 5, 2021. Wells Fargo has requested and Plaintiff agreed to such a further extension of one week in order for Wells Fargo to further review and respond to the allegations in the complaint. Plaintiff and Wells Fargo now stipulate to an additional week's extension to March 12, 2021, for Wells Fargo to answer or otherwise respond to the complaint. The parties do not ask that any other deadlines be altered, including those set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF No. 11).

　　IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

STIPULATION RE DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT  - 1

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  DATED March 3, 2021

2  BARRAZA LAW, PLLC                           K&L Gates LLP

4  By /s/ V. Omar Barraza                      By /s/ Peter A. Talevich
      V. Omar Barraza, WSBA # 43589       /s/ Raina V. Wagner
5                                                    Peter A. Talevich, WSBA # 42644
                                                     Raina V. Wagner, WSBA # 45701
6  BARRAZA LAW, PLLC                           K&L Gates, LLP
   10728 16th Avenue SW                        925 Fourth Avenue, Suite 2900
7  Seattle, WA  98146                          Seattle, WA  98104
   (206) 933-7861                              (206) 623-7580
8                                              peter.talevich@klgates.com
                                               raina.wagner@klgates.com

9  Attorney for Plaintiff Julian Flores        Attorneys for Defendant Wells Fargo
   aka Julian Flores Sanchez                   Bank, N.A.
10

11  HENRY & DEGRAAFF PS

13  By /s/ Christina L. Henry
      Christina L. Henry, WSBA # 31273

14  HENRY & DEGRAAFF, PS
    787 Maynard Avenue South
15  Seattle, WA  98104
    (206) 330-0595
16  chenry@hdm-legal.com

17  Attorney for Plaintiff Julian Flores
    aka Julian Flores Sanchez
18

19
20     PURSUANT TO STIPULATION, IT IS SO ORDERED.

21     DATED this 4th day of March, 2021.

22

23                                Honorable Robert S. Lasnik
                                  United States District Court Judge
24

25

26

STIPULATION RE DEADLINE FOR WELLS
FARGO BANK, N.A. TO RESPOND TO
COMPLAINT  - 2

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022