| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| JULIAN FLORES, aka JULIAN FLORES SANCHEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | No. 2:21-CV-00006-RSL<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO AMENDED COMPLAINT |

Plaintiff Julian Flores aka Julian Flores Sanchez ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that Wells Fargo may have until and including May 7, 2021, to answer or otherwise respond to Plaintiff's amended complaint. This is Wells Fargo's first request to extend the time to respond to the amended complaint. Plaintiff and Wells Fargo stipulate to the requested extension, which Wells Fargo requires in order to review the allegations in the amended complaint and prepare a response. The parties do not ask that any other case deadlines be altered by this stipulation. The parties further stipulate that the filing of the amended complaint obviates the requirement for Plaintiff to respond to the motion to dismiss that Wells Fargo filed on March 12, 2021.

STIPULATION RE DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO AMENDED COMPLAINT  - 1

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED April 5, 2021

| BARRAZA LAW, PLLC | K&L Gates LLP |
|---|---|
| By /s/ V. Omar Barraza<br>   V. Omar Barraza, WSBA # 43589 | By /s/ Peter A. Talevich<br>   /s/ Raina V. Wagner<br>   Peter A. Talevich, WSBA # 42644<br>   Raina V. Wagner, WSBA # 45701 |
| BARRAZA LAW, PLLC<br>10728 16th Avenue SW<br>Seattle, WA  98146<br>(206) 933-7861 | K&L Gates, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>(206) 623-7580<br>peter.talevich@klgates.com<br>raina.wagner@klgates.com |
| Attorney for Plaintiff Julian Flores<br>aka Julian Flores Sanchez | Attorneys for Defendant Wells Fargo Bank, N.A. |

HENRY & DEGRAAFF PS

By /s/ Christina L. Henry
   Christina L. Henry, WSBA # 31273

HENRY & DEGRAAFF, PS
787 Maynard Avenue South
Seattle, WA  98104
(206) 330-0595
chenry@hdm-legal.com

Attorney for Plaintiff Julian Flores
aka Julian Flores Sanchez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 6th day of April, 2021.

*[signature]*
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION RE DEADLINE FOR WELLS
FARGO BANK, N.A. TO RESPOND TO
AMENDED COMPLAINT  - 2

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022