THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN FLORES, aka JULIAN FLORES SANCHEZ,<br><br>                      Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                      Defendant. | No. 2:21-CV-00006-RSL<br><br>ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANT WELLS FARGO BANK, N.A.<br><br>(PROPOSED) |

This matter came before the Court on the motion by defendant Wells Fargo Bank, N.A. ("Wells Fargo") to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The Court has considered the motion and the concurrently filed request for judicial notice, the opposition filed by plaintiff Julian Flores aka Julian Flores Sanchez, if any, and Wells Fargo's reply in support of the motion, if any.

Having considered the foregoing, the Court ORDERS that the motion is GRANTED. The Amended Complaint is dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED this ___ day of _____, 2021.

                                                          _____
                                                          The Honorable Robert S. Lasnik
                                                          United States District Court Chief Judge

ORDER GRANTING MOTION TO DISMISS
AMENDED COMPLAINT - 1

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Presented by:

2  K&L GATES LLP

3
4  By /s/ Peter A. Talevich
       Peter A. Talevich, WSBA #42644
       Raina V. Wagner, WSBA #45701
5  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104
6  Phone:  (206) 623-7580
   Fax:  (206) 623-7022
7  E-mail:  peter.talevich@klgates.com
   E-mail:  raina.wagner@klgates.com
8
   Andrew C. Glass, MA# 638362
9  Gregory N. Blase, MA# 662751
   *Admitted Pro Hac Vice*
10 State Street Financial Center
   One Lincoln Street
11 Boston, MA  02111-2950
   Phone:  (617) 261-3100
12 Fax:  (617) 261-3175
   E-mail: andrew.glass@klgates.com
13 E-mail:  gregory.blase@klgates.com

14 Attorneys for Defendant Wells Fargo Bank, N.A.

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO DISMISS
AMENDED COMPLAINT - 2