UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Julian Flores aka Julian Flores Sanchez,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | No. 2:21-cv-00006-RSL<br><br>STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFF FLORES TO RESPOND TO WELLS FARGO'S MOTION TO DISMISS |

Plaintiff Julian Flores aka Julian Flores Sanchez ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that the Plaintiff may have until and including June 9, 2021, to file a response to Wells Fargo's Motion to Dismiss, Dkt No. 22. This is the Plaintiff's first request to extend the time to respond to this motion. Plaintiff and Wells Fargo stipulate to the requested extension, which the Plaintiff requires to complete a thorough and complete response to the motion. The parties do not ask that any other case deadlines be altered by this stipulation. The parties further stipulate that the filing of the response requires that the hearing on Wells Fargo's Motion to Dismiss be re-noted to June 18, 2021.

STIPULATION AND ORDER REGARDING
DEADLINE FOR PLAINTIFF FLORES TO RESPOND
TO WELLS FARGO'S MOTION TO DISMISS - 1

**HENRY & DEGRAAFF, PS**
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED June 7, 2021

BARRAZA LAW, PLLC

By /s/ V. Omar Barraza
   V. Omar Barraza, WSBA # 43589

BARRAZA LAW, PLLC
10728 16th Avenue SW
Seattle, WA 98146
(206) 933-7861

Attorney for Plaintiff Julian Flores
aka Julian Flores Sanchez

K&L Gates LLP

By /s/ Peter A. Talevich
   /s/ Raina V. Wagner
   Peter A. Talevich, WSBA # 42644
   Raina V. Wagner, WSBA # 45701

K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
peter.talevich@klgates.com
raina.wagner@klgates.com

Attorneys for Defendant Wells Fargo
Bank, N.A.

HENRY & DEGRAAFF PS

By /s/ Christina L. Henry
   Christina L. Henry, WSBA # 31273
   HENRY & DEGRAAFF, PS
   119 1st Ave S, Ste 500
   Seattle, WA 98104
   (206) 330-0595
   chenry@hdm-legal.com

Attorney for Plaintiff Julian Flores
aka Julian Flores Sanchez

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk of Court is directed to renote defendant's motion to dismiss for consideration on June 18, 2021.

Dated this 8th day of June, 2021.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER REGARDING
DEADLINE FOR PLAINTIFF FLORES TO RESPOND
TO WELLS FARGO'S MOTION TO DISMISS - 2

**HENRY & DEGRAAFF, PS**
119 1ST AVE S. STE 500
SEATTLE, WA 98104
206-933-7861 phone 206-933-7863 fax