
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN FLORES aka JULIAN FLORES SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A.,<br><br>Defendant. | Case No. 2:21-cv-00006-RSL<br><br>STIPULATION AND ORDER EXTENDING TIME FOR WELLS FARGO TO REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT |

Plaintiff Julian Flores aka Julian Flores Sanchez ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that the Wells Fargo may have until and including July 2, 2021, to file a reply in support of Wells Fargo's motion to dismiss the amended complaint, Dkt No. 22. Plaintiff and Wells Fargo stipulate to the requested extension, which Wells Fargo requests in order to complete a thorough reply in support of the motion. The parties do not ask that any other case deadlines be altered by this stipulation. The parties further stipulate that the filing of the response requires that the hearing on Wells Fargo's Motion to Dismiss be re-noted to July 2, 2021.

STIPULATION AND ORDER EXTENDING
TIME FOR WELLS FARGO TO REPLY IN
SUPPORT OF MOTION TO DISMISS
AMENDED COMPLAINT - 1

SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED June 16, 2021

| BARRAZA LAW, PLLC | K&L Gates LLP |
|---|---|
| By /s/ V. Omar Barraza<br>    V. Omar Barraza, WSBA # 43589 | By /s/ Peter A. Talevich<br>    /s/ Raina V. Wagner<br>    Peter A. Talevich, WSBA # 42644<br>    Raina V. Wagner, WSBA # 45701 |
| BARRAZA LAW, PLLC<br>10728 16th Avenue SW<br>Seattle, WA  98146<br>(206) 933-7861 | K&L Gates, LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>(206) 623-7580<br>peter.talevich@klgates.com<br>raina.wagner@klgates.com |
| Attorney for Plaintiff Julian Flores | Attorneys for Defendant Wells Fargo<br>aka Julian Flores Sanchez, Bank, N.A. |

HENRY & DEGRAAFF PS
By /s/ Christina L. Henry
    Christina L. Henry, WSBA # 31273
    HENRY & DEGRAAFF, PS
    119 1st Ave S, Ste 500
    Seattle, WA  98104
    (206) 330-0595
    chenry@hdm-legal.com

Attorney for Plaintiff Julian Flores
aka Julian Flores Sanchez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 17th day of June, 2021.

_____
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER EXTENDING
TIME FOR WELLS FARGO TO REPLY IN
SUPPORT OF MOTION TO DISMISS
AMENDED COMPLAINT - 2