UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIAN FLORES aka JULIAN FLORES SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A.,<br><br>Defendant. | No. 2:21-cv-0006-RSL<br><br>STIPULATION AND ORDER STAYING DISCOVERY PENDING DECISION ON DEFENDANTS' MOTIONS TO DISMISS |

## I. STIPULATION

Defendant Wells Fargo Bank, N.A. has moved to dismiss Plaintiffs' claims in a Rule 12(b)(6) Motion to Dismiss. (Dkt 22).

The Parties, through their respective counsel, wish to avoid costly and/or intrusive discovery to the extent that it may not be needed, and agree that it is in all Parties' interests to stay discovery pending a decision on Defendant's motion to dismiss.

The Parties therefore proposed the following stipulation to the Court, and request that the Court adopt the following stipulation of the Parties.

1. The Parties stipulate that all discovery in this case should be stayed until an Order is entered on Defendant's Rule 12(b)(6) Motions to Dismiss. (Dkt 22).

2. The Parties stipulate that they shall not engage in discovery of any type prior to entry of such an Order.

3. The Parties stipulate that, if an Order is entered denying Defendant's Rule

STIPULATION AND ORDER STAYING DISCOVERY
PENDING DECISION ON DEFENDANT's MOTION TO
DISMISS - 1
2:21-cv-00006-RSL

HENRY & DEGRAAFF, PS
119 1st Ave, Ste 500
Seattle, WA 98104

12(b)(6) Motion to Dismiss, the discovery stay should be lifted and discovery should be permitted to commence and new case deadlines should be issued as to Parties or issues that may remain after such Order is entered, if any.

Submitted jointly this 4th day of October, 2021

HENRY & DeGRAAFF, P.S.

/s/ Christina L. Henry
Christina L. Henry, WSBA No. 31273
119th St, Ste 500
Seattle, WA  98104
(206) 330-0595
chenry@hdm-legal.com
Attorney for Plaintiff

BARRAZA LAw, PLLC
/s/ Vicente Omar Barazza
Vicente Omar Barazza, WSBA No. 43589
10728 16th Ave SW
Seattle, WA  98146
(206) 933-7861
omar@barrazalaw.com
Attorneys for Plaintiff

K&L GATES LLP

/s/ Peter A. Talevich
Peter Anthony Talevich, WSBA No. 42644
Raina V. Wagner, WSBA No. 45701
925 Fourth Ave, Ste 2900
Seattle, WA 98104-1158
peter.talevhich@klgates.com
raina.wagner@klgates.com

Andrew C. Glass, Pro Hac Vice
Gregory Blase, Pro Hac Vice
State Street Financial Center

STIPULATION AND ORDER STAYING DISCOVERY
PENDING DECISION ON DEFENDANT's MOTION TO
DISMISS - 2
2:21-cv-00006-RSL

HENRY & DEGRAAFF, PS
119 1st Ave, Ste 500
Seattle, WA 98104

One Lincoln St
Boston, MA 02111
andrew.glass@klgates.com
gregory.blase@klgates.com

Attorneys for Defendant

## II. ORDER

**I.  It is hereby Ordered that all discovery in this case is hereby stayed and the remaining case management deadlines are stricken. until an Order is entered on Defendant's Rule 12(b)(6) Motion to Dismiss.  (Dkt 22).**

**II.  The Parties may not engage in discovery of any type until an Order is entered on Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. 22)..**

**III.  If an Order is entered denying Defendant's Rule 12(b)(6) Motions to Dismiss, the parties shall, within fourteen days of the date of the Order, file a joint status report indicating when discovery can be completed and proposing a new trial date. Discovery will then commence, and a new case management order will be issued.**

IT IS SO ORDERED.

Dated this 5th day of October, 2021.

*[signature]*
Hon. Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER STAYING DISCOVERY
PENDING DECISION ON DEFENDANT's MOTION TO
DISMISS - 3
2:21-cv-00006-RSL

HENRY & DEGRAAFF, PS
119 1st Ave, Ste 500
Seattle, WA 98104