UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN FLORES, a/k/a JULIAN FLORES SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Cause No. C21-0006RSL<br><br>ORDER EXTENDING TIME TO RESPOND AND FILE JOINT STATUS REPORT |

This matter comes before the Court on the "Agreed Motion to Extend Time to Answer Amended Complaint and File Joint Status Report." Dkt. # 36. It is hereby ORDERED that Wells Fargo's deadline for responding to plaintiff's Amended Complaint is extended to September 16, 2022, and the deadline for submitting an amended Joint Status Report is extended to September 23, 2022.

Dated this 9th day of September, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO
RESPOND AND FILE JOINT
STATUS REPORT - 1