UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN FLORES, a/k/a JULIAN FLORES SANCHEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Cause No. C21-006RSL<br><br>ORDER RENOTING MOTION AND SETTING BRIEFING SCHEDULE |

This matter comes before the Court on the "Stipulation Regarding Deadline for Briefing Regarding Plaintiff's Motion to Certify Questions to the Washington State Supreme Court and Motion for Stay Pending Certified Questions and Re-Note of Motion." Dkt. # 42. The Clerk of Court is directed to renote Dkt. # 38 for consideration on Friday, October 14, 2022. Wells Fargo's response to the motion is due on or before Monday, October 3, 2022. Plaintiff's reply, if any, is due on or before Monday, October 10, 2022.

Dated this 26th day of September, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1